Susan G. Boswell, Esq. (AZ #004791)
Kasey C. Nye, Esq. (AZ#020610)
Lori L. Winkelman, Esq. (AZ#021400)
QUARLES & BRADY LLP
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Telephone:    (520) 770-8700
Facsimile:    (520) 770-2222
Email: sboswell@quarles.com
Email: knye@quarles.com
Email: lwinkelm@quarles.com

Michael R. Mills, Esq. (AK #891174)
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152
Email: mills.mike@dorsey.com

Proposed Attorneys for Debtor, Catholic Bishop of Northern Alaska

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>Debtor. | Case No. 08-00110-DMD<br><br>(Chapter 11) |

**EX PARTE MOTION TO PERMIT NON-RESIDENT ATTORNEY**
**TO APPEAR AND PARTICIPATE**

Pursuant to Local Rule 2090-1, Susan G. Boswell of Quarles & Brady LLP, One South Church Street, Suite 1700, Tucson, AZ 85701-1621 ("Applicant"), moves that she be permitted

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

QBACTIVE\6089833.1

to appear and participate as general counsel for the debtor. Applicant is a member in good standing of the Arizona Bar Association, is licensed to practice in the U.S. District Court for the District of Arizona, is not a member of the Alaska Bar Association, and is not otherwise disqualified from practicing in the State of Alaska.

Applicant will associate with Michael R. Mills of Dorsey & Whitney LLP, a member of the Alaska Bar Association, who maintains an office for the practice of law at 1031 West Fourth Avenue, Suite 600, Anchorage, Alaska 99501, as [proposed] local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

Attached as **Exhibit A** is a Certificate of Good Standing from the Supreme Court of the State of Arizona for Applicant.

DATED this 1st day of March, 2008.

QUARLES & BRADY LLP

By: /s/ Susan G. Boswell
Susan G. Boswell
Arizona Bar #004791

### Consent of Local Counsel

I hereby consent to the granting of the foregoing application.

DATED this 1st day of March, 2008, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Michael R. Mills
Michael R. Mills, ABA#8911074

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

BOSWELL APPLICATION
QBACTIVE\6089833.1

Page 2 of 4
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD

I hereby certify that a copy of the foregoing was served this 1st day of March, 2008 on:

Kay Hill - U.S. Trustee
605 West 4th Avenue, Suite 258
Anchorage, Alaska 99501
Email: kay.hill@usdoj.gov

Robert B. Groseclose, Esq.
Cook, Schuhmann & Groseclose, Inc.
714 Fourth Ave., Suite 200
Fairbanks, AK 99701
Email: bob@alaskalaw.com

James I. Stang, Esq
Hamid Rafatjoo, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Email: jstang@pszjlaw.com
Email: hrafatjoo@pszjlaw.com

David H. Bundy, Esq.
3201 C Street
Suite 301
Anchorage, AK 99503
Email: dhb@alaska.net

John C. Manly, Esq.
Manly, McGuire & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660
Email: jmanly@manlymcguire.com

Kenneth Roosa, Esq.
Christopher R. Cooke, Esq.
Cooke, Roosa & Valcarce, LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Email: Ken@CookeRoosa.com
Email: Chris@CookeRossa.com

20 largest unsecured creditors

by first class mail and email, if available, or

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

BOSWELL APPLICATION
QBACTIVE\6089833.1

Page 3 of 4
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD

by electronic means through the ECF system as indicated on the Notice of Electronic filing.


By: /s/ Jane Friedman
    Jane Friedman, Paralegal
    Quarles & Brady LLP

**DORSEY &**
**WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

BOSWELL APPLICATION

QBACTIVE\6089833.1

Page 4 of 4
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **SUSAN GAYLE BOSWELL**, was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on January 4, 1977, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 20th day of February, 2008.

_Leticia V. D'Amore_
Leticia V. D'Amore
Disciplinary Clerk