Form 4
(10/05)

# United States Bankruptcy Court
## District Of Alaska

In re CATHOLIC BISHOP OF NORTHERN ALASKA,  Case No. __08-00110-DMD_____
Debtor

Chapter 11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS[1]

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112: Fed. R. Bankr. P. 1007(m).

_____

| (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim Indicate if claim Amount of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also, state value of security]* |
|---|---|---|---|---|
| Oregon Province of Society of Jesus | PO Box 86010 Portland, OR 97286-0010 | Amount due for acquisition of property | | $220,677.33 |
| Alaska Conference of Catholic Bishops, Inc. | 415 6th Street, Suite 300 Juneau, AK 99801 | Insurance Premium | | $200,000.00 |
| Busch, Thomas A. | 3116 Pleasant Dr. Anchorage, AK 99502 | Employee | Contingent | $61,165.44 |
| Internal Revenue Service | Ogden, UT 84201-0005 | Taxes related to prepetition period due postpetition | | $50,000.00 |
| Bowder, Rev. George | 718 Rex Lane Fairbanks, AK 99712-2912 | Employee | Contingent | $40,902.23 |
| Schmidt, Norman E. | PO Box 988 Nome, AK 99762 | Employee | Contingent | $33,501.35 |
| Mt. Angel Abbey, Business Office | 1 Abbey Drive St. Benedict, OR 97373 | Note | | $20,000.00 |
| Korchin, Paul D | PO Box 1530 Nome, AK 99762 | Employee | Contingent | $19,649.44 |

---

[1] The foregoing list does not include creditors holding contingent, unliquidated and disputed tort or other claims which could exceed some of all of the amounts for the creditors listed above.  As of the filing date, the Debtor does not have an estimate of individual amounts for these claims so they are not listed as part of the twenty (20) largest unsecured creditors.

QBACTIVE\6117031.1

| | | | | |
|---|---|---|---|---|
| Desrochers, Andreira C | PO Box 60456 Fairbanks, AK 99706 | Employee | Contingent | $15,261.53 |
| Mantei, Robert G | 506 Sprucewood Fairbanks, AK 99709 | Employee | Contingent | $13,128.30 |
| Immaculate Conception Parish | 115 N. Cushman St. Fairbanks, AK 99701 | Services paid | Contingent | $10,975.24 |
| Rensink, Derrik D. | PO Box 82035 Fairbanks, AK 99708 | Employee | Contingent | $10,216.59 |
| Radich, Sr. Kathy | Rural Ministry Training Box 29 St. Mary's, AK 99658 | Employee | Contingent | $9,950.18 |
| Poirrier, Kathleen L. | 1001 Black Bear Trn. North Pole, AK 99705 | Employee | Contingent | $7,951.57 |
| Sacred Heart Cathedral | 2501 Airport Way Fairbanks, AK 99709 | Services paid | Contingent | $7,830.40 |
| Tam, Patrick C.W. | PO Box 28 Emmonak, AK 99581 | Employee | Contingent | $7,361.98 |
| Marx, SNJM, Sr. Marilyn | Interior Training Center Box 297 Galena, AK 99741 | Employee | Contingent | $7106.60 |
| Walter, Patricia T. | 1020 O' Connor Road Fairbanks, AK 99701 | Employee | Contingent | $6,777.22 |
| Berger Schmidt, Lynette C. | Box 368 Nome, AK 99762 | Employee | Contingent | $6,579.66 |
| Johnson, Betty J | 281 Gold Claim Avenue Fairbanks, AK 99712 | Employee | Contingent | $4,942.03 |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Donald J. Kettler, Sole Director of the Catholic Bishop of Northern Alaska, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing *List of Creditors Holding 20 Largest Unsecured Claims* and that it is true and correct to the best of my information and belief.

Date ___March 1, 2008_____

                                        Signature /s/ Donald J. Kettler_____

                                        _Bishop Donald J. Kettler_____
                                        Sole Director of the Catholic Bishop of Northern Alaska