Susan G. Boswell, Esq. (AZ #004791)
Kasey C. Nye, Esq. (AZ#020610)
Lori L. Winkelman, Esq. (AZ#021400)
QUARLES & BRADY LLP
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Telephone:    (520) 770-8700
Facsimile:    (520) 770-2222
Email: sboswell@quarles.com
Email: knye@quarles.com
Email: lwinkelm@quarles.com

**Filed On
4/1/08**

Attorneys for Debtor, Catholic Bishop of Northern Alaska

Michael R. Mills, Esq. (AK #891174)
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152
Email: mills.mike@dorsey.com

Proposed Attorneys for Debtor, Catholic Bishop of Northern Alaska

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>Debtor. | Case No. F08-00110-DMD<br><br>(Chapter 11) |

**ORDER AUTHORIZING EMPLOYMENT OF DORSEY & WHITNEY
AS LOCAL COUNSEL**



**DORSEY &
WHITNEY LLP**
1031 West 4th
Avenue,

This Court, having considered the Application for Order Authorizing Debtor to Employ Dorsey & Whitney as Local Counsel (the "Application), and finding good cause appearing,

IT IS HEREBY ORDERED that the Application is approved under the terms and conditions set forth therein.  Dorsey is authorized to assist and advise the debtor on matters of local practice and procedure and on bankruptcy-related issues in coordination with other counsel for the Diocese of Fairbanks.

All fees and expenses of Dorsey & Whitney shall be subject to approval under 11 U.S.C. §330.

Dated this 1st day of April. 2008.

                                                BY THE COURT

                                                /s/ Donald MacDonald IV
                                                Donald MacDonald IV
                                                U.S. Bankruptcy Judge

Serve: M. Mills, Esq.
       S. Boswell, Esq.
       U. S. Trustee

**04/01/08**