# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>          Debtor. | Case No. F08-00110-DMD<br>Chapter 11<br><br>**Filed On**<br>**5/19/08** |

## MEMORANDUM REGARDING
## STATUS AND SCHEDULING CONFERENCE

From my prospective, there are two categories of issues that should be mediated prior to confirmation: (1) the liquidation of tort claims, their treatment under the plan, and the funds payable by insurance companies upon such claims; (2) determination of what is property of the estate with regard to a $16 million endowment and such other items of property as the Unsecured Creditors Committee may claim to be property of the estate. In my view, the first issue would be most efficiently and expeditiously mediated after the December 2, 2008 claims bar date has passed. Issues regarding property of the estate could be mediated on a faster track. With that in mind I request that the Unsecured Creditors Committee draft an inventory of disputed property items that they consider property of the estate and serve the list of disputed items on the debtor, the court and other interested parties by **July 15, 2008**. It need not be filed. We could then discuss possible mediation of the disputed items at the August 14, 2008 status and scheduling conference with an eye towards mediating the property issues this fall. It may be beneficial to use different mediators for the

two issues.  In addition to the other mediators we discussed, Judge Herb Ross of Anchorage would be available to mediate the second issue this fall.

    DATED: May 19, 2008.

                      BY THE COURT

                      _/s/ Donald MacDonald IV_
                      DONALD MacDONALD IV
                      United States Bankruptcy Judge

Serve: S. Boswell, Esq.
      F. Elsaesser, Esq.
      S. Lorber, Esq.
      C. Ekberg, Esq.
      L. McNally, Esq.
      J. Stang, Esq.
      H. Rafatjoo, Esq.
      D. LaGory, Esq.
      M. Pompeo, Esq.
      C. Young, Esq.
      J. Wendlandt, Esq.
      D. Bundy, Esq.
      K. Hill, Esq.
      M. Mills, Esq.

       05/19/08