# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,

Debtor.

Case No. F08-00110-DMD
Chapter 11

Filed On 9/5/08

## MEMORANDUM REGARDING EMPLOYMENT OF MORROW & HENSEL CONSULTING

The Unsecured Creditors' Committee seeks to employ Morrow & Hensel Consulting ("MHC") as an expert to assist the Committee on communication issues with Native Alaskan claimants. The Committee asks for approval of MHC's employment, *nunc pro tunc*, to May 9, 2008. The debtor resists the application, arguing that such employment is unnecessary and a needless expense.

"There is a strong public policy in bankruptcy in favor of permitting parties to retain professionals of their choice. Accordingly, neither the United States Trustee nor the court should generally second guess the committee's choice of a professional."[1] Nor should the debtor second guess the Committee's choice. MHC appears qualified to address Alaska Native communication issues. MHC and Chase Hensel are disinterested. It is appropriate for the Committee to hire a communication expert when dealing with the sexual abuse claims of Native Alaskans. Although the parties are currently addressing property issues through mediation, communication issues can arise at any time. The Committee must be able to communicate effectively with Alaskan Natives throughout the Chapter 11 process. For these

---

[1] 7 *Collier on Bankruptcy* ¶ 1101.03[2][a][iii] (15th ed. revised 2008) (citation omitted).

reasons, the debtor's objection will be overruled and the Committee's application to employ Morrow & Hensel Consulting will be granted.

An order will be entered consistent with this memorandum.

DATED: September 5, 2008

BY THE COURT

 /s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  S. Boswell, Esq.
F. Elsaesser, Esq.
J. McDonald, Esq.
R. Orgel, Esq.
D. Bundy, Esq.
M. Mills, Esq.
U. S. Trustee
    09-05-08

2