# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

CATHOLIC BISHOP OF NORTHERN
ALASKA, an Alaska religious corporation
sole,

             Debtor.

Case No. F08-00110-DMD
Chapter 11

**Filed On
9/5/08**

## ORDER GRANTING COMMITTEE'S APPLICATION
## TO EMPLOY MORROW & HENSEL CONSULTING

The Committee of Unsecured Creditors' application to employ Morrow & Hensel Consulting as a cultural/Native Alaskan expert duly came before the court for hearing on September 3, 2008. David Bundy and Robert Orgel (telephonic) appeared on behalf of the Committee. Michael Mills and Susan Boswell (telephonic) attended on behalf of the debtor. James McDonald and Donna LaRue, from Ford Elsaesser's office, also attended the hearing, telephonically, on behalf of the Catholic Church Communities of Northern Alaska. I have reviewed the application and the debtor's opposition, and considered the comments of counsel made at the hearing. For the reasons stated in this court's Memorandum Regarding Employment of Morrow & Hensel Consulting, dated September 5, 2008,

**IT IS ORDERED** that the application is granted. The Committee may employ Morrow & Hensel Consulting, retroactive to May 9, 2008, for the purposes stated in its application.

DATED:  September 5, 2008

BY THE COURT

 /s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  S. Boswell, Esq.
        F. Elsaesser, Esq.
        J. McDonald, Esq.
        R. Orgel, Esq.
        D. Bundy, Esq.
        M. Mills, Esq.
        U. S. Trustee
         09/05/08