David H. Bundy (AK Bar 7210043)
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage, AK 99503
Telephone: (907) 248-8431
Facsimile: (907) 248-8434
Email: dhb@Alaska.net

James I. Stang (CA Bar 94435)
Hamid R. Rafatjoo (CA Bar 181564)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com
       hrafatjoo@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors



Filed on 11/4/2008

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| In re: | ) | CHAPTER 11 |
|---|---|---|
| CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaskan religious corporation sole, | ) ) ) ) | Case No. F08-00110-DMD |
| Debtor | ) ) | |

## ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF MANLY & STEWART AS SPECIAL INSURANCE COUNSEL

This matter came before the Court pursuant to the Official Committee of Unsecured Creditors' Application for an Order Authorizing and Approving the Employment of Manly & Stewart as Special Insurance Counsel (the "Application") and the Declaration of Paul Sievers, Esq., filed in support of the Application (the "Sievers Declaration") filed by the Committee on October 9, 2008. Pursuant to the Application and the Sievers Declaration, the Committee

requests that the Court enter an Order authorizing and approving the retention of Manly & Stewart as special for the Committee.

Based upon the Application and information contained therein; and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

A. The Application is granted;

B. Pursuant to 11 U.S.C. § 1103(a), the Official Committee of Unsecured Creditors is authorized to employ and retain Manly & Stewart to render services and incur expenses compensable from the estate of the above-entitled debtor;

C. The employment of Manly & Stewart shall be, and hereby is, approved by the Court, according to the terms set forth in the Application; and

D. Requests for compensation and cost reimbursement from the Debtor's estate shall be in accordance with the prior orders of the Court regarding compensation and reimbursement of professionals. .

Dated: November 4, 2008.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MACDONALD IV
UNITED STATES BANKRUPTCY JUDGE

Serve: K. Nye, Esq.
L. Winkleman, Esq.
M. Mills, Esq.
R. Groseclose, Esq.
S. Boswell, Esq.
F. Elsaesser, Esq.
D. Bundy, Esq.
R. Orgel, Esq.
J. Stang, Esq.
W. Courshon, Esq.
D. Paige, Esq.
H. Rafatjoo, Esq.
C. Ekberg, Esq.
L. McNally, Esq.
P. Stahl, Esq.
K. Hill, Esq.
Manley & Stewart
11/4/08