IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>       Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-00110-DMD<br><br>(Chapter 11) |

**STIPULATION TO EXTEND DEADLINES FOR NOMINATING FUTURE CLAIMS REPRESENTATIVE AND FOR FUTURE CLAIMS REPRESENTATIVE TO FILE PROOF OF CLAIM**

Catholic Bishop of Northern Alaska, an Alaska religious corporation sole and the debtor and debtor-in-possession ("CBNA" or the "Debtor") in the above captioned Chapter 11 reorganization case (the "Reorganization Case") and the Official Committee of Unsecured Creditors ("Committee" and collectively with the Debtor the "Parties"), hereby stipulate to entry of an Order pursuant to Rule 3003(c)(3) of the Federal Rules of Bankruptcy Procedure further extending the deadlines for nominating the Future Claims Representative and for the Future Claims representative to file a proof of claim on behalf of Future Tort Claimants pursuant to the following terms:

**Recitals**

1.    On March 1, 2008 (the "Petition Date"), the Debtor filed a voluntary chapter 11 petition, thereby commencing the above-captioned Reorganization Case.

2.    On May 30, 2008 the Court entered an order setting the deadline for filing proofs of claim for December 2, 2008.

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

QB\7134031.1

3. On the same day, the Court also entered an order authorizing the appointment of a fiduciary to represent the interests of Future Tort Claimants. Pursuant to that order, the identity of the Future Claims Representative was to be determined by a subsequent order on the nomination of the Debtor, the Committee or both.

4. In order to reduce administrative costs, the Debtor and the Committee agreed to defer naming the Future Claims Representative until a date which was closer to the Claims Bar Date. To date no Future Claims Representative has been nominated by the Parties, although the Parties are engaged in discussions regarding the nomination and appear to be close to agreement.

## Agreement

THEREFORE, the Parties hereby stipulate, confirm and agree that,

A. The Debtor, the Committee or the Debtor and the Committee jointly shall nominate the Future Claims Representative no later than January 15, 2009.

B. The Future Claims Representative shall have until March 2, 2009 to file a proof of claim on behalf of future claimants. The claim may be a contingent unliquidated proof of claim which will be valued at least by the time of plan confirmation.

RESPECTFULLY SUBMITTED this 31st day of December, 2008.

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, California 90067 | QUARLES & BRADY LLP<br>One South Church Ave., Suite 1700<br>Tucson, AZ 85701 |
| By /s/ Hamid Rafatjoo<br>　　James I. Stang<br>　　Hamid Rafatjoo<br><br>Attorneys for the Official Committee of Unsecured Creditors | By: /s/ Susan G. Boswell<br>　　Susan G. Boswell<br>　　Kasey C. Nye<br>　　Lori L. Winkelman<br><br>Attorneys for Debtor, Catholic Bishop of Northern Alaska |

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

STIPULATION EXTEND FCR NOMINATION
AND CLAIMS BAR DATE

QB\7134031.1

Page 2 of 5
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD

I hereby certify that a copy of the foregoing was served this 31st day of December, 2008 on:

Kay Hill - U.S. Trustee
605 West 4th Avenue, Suite 258
Anchorage, Alaska 99501
Email:  Kay.hill@usdoj.gov

Robert B. Groseclose, Esq.
Cook, Schuhmann & Groseclose, Inc.
714 Fourth Ave., Suite 200
Fairbanks, AK 99701
Email:  bob@alaskalaw.com

James I. Stang, Esq
Hamid Rafatjoo, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Email:  jstang@pszjlaw.com
Email:  hrafatjoo@pszjlaw.com

David H. Bundy, Esq.
3201 C Street
Suite 301
Anchorage, AK 99503
Email:  dhb@alaska.net

John C. Manly, Esq.
Manly, McGuire & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660
Email:  jmanly@manlymcguire.com

Kenneth Roosa, Esq.
Christopher R. Cooke, Esq.
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Email:  Ken@CookeRoosa.com
Email:  Chris@CookeRoosa.com

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona  85701-1621

STIPULATION EXTEND FCR NOMINATION
AND CLAIMS BAR DATE
Page 3 of 5
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD
QB\7134031.1

William L. Courshon
Trial Attorney
Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101
Email: Bill.L.Courshon@usdoj.gov

Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Email: ekbergc@lanepowell.com;

David C. Christian II
Sara E. Lorber
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Email: dchristian@seyfarth.com; slorber@seyfarth.com

Philip C. Stahl
Laura K. McNally
Grippo & Elden LLC
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Email: pstahl@grippoelden.com;
lmcnally@grippoelden.com

Arthur E. Neuman
3201 New Mexico Avenue, N.W., Suite 247
Washington, D.C. 20016
Email: arthureneuman@aol.com

Ford Elsaesser
James S. MacDonald
Elsesser Jarzabek Anderson Marks Elliott & McHugh
Third & Lake Streets
PO Box 1049
Sandpoint, ID 83864
Email: ford@ejame.com; jmacdonald@ejame.com

John C. Wendlandt
Sedor, Wendlandt & Wang LLC
500 L Street, Suite 500
Anchorage, AK 99501
Email: wendlandt@swwak.com

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

STIPULATION EXTEND FCR NOMINATION
AND CLAIMS BAR DATE

Page 4 of 5
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD

QB\7134031.1

David M. Spector
Dennis G. LaGory
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
Email: dspector@schiffhardin.com;
dlagory@schiffhardin.com

Jean H. Hurricane
Schiff Hardin LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Email: jhurricane@schiffhardin.com

by first class mail or email, if available, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Jamie Archibald
　　　Quarles & Brady LLP

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona  85701-1621