David H. Bundy (AK Bar 7210043)
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage, AK  99503
Telephone:     (907) 248-8431
Facsimile:      (907) 248-8434
Email:  dhb@alaska.net

James I. Stang (CA Bar 94435)
Hamid R. Rafatjoo (CA Bar 181564)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100
Telephone:     (310) 277-6910
Facsimile:      (310) 201-0760
Email: jstang@pszjlaw.com
          hrafatjoo@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA,<br>an Alaskan religious corporation sole,<br><br><br>                                    Debtor | CHAPTER 11<br><br>Case No. 08-00110-DMD |

**NOTICE OF SUBMISSION OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF MANLY & STEWART AS SPECIAL INSURANCE COUNSEL; AND NOTICE OF DEADLINE TO FILE OBJECTIONS THERETO**

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors (the "Committee") in the above-referenced chapter 11 bankruptcy proceeding of the Catholic Bishop of Northern Alaska, an Alaska corporation sole (the "Debtor") has submitted its Motion of Official Committee of Unsecured Creditors for Authority to Commence, Prosecute and Settle

Notice re Motion to Commence Litigation – Page 1

Litigation on Behalf of Bankruptcy Estate Against the Holy See and Diocese-Related Entities (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** that if you object to the entry of an order granting the Motion, you must object in writing by filing with the Office of the Clerk of the above-entitled Court your written objection on or before the **17th day of February, 2009,** at 605 West 4th Avenue, Room 138, Anchorage, Alaska 99501, and serve a copy on the undersigned and the following or before said date.

| COUNSEL TO THE DEBTOR | COUNSEL TO THE DEBTOR |
|---|---|
| Michael R. Mills<br>DORSEY & WHITNEY<br>1031 West 4th Avenue, Suite 600<br>Anchorage AK 99501<br>T: 907-276-4557 | Susan G. Boswell<br>QUARLES & BRADY<br>One South Church Street, Suite 1700<br>Tucson, Az 85701-1621<br>T: 520-770-8700 |
| COUNSEL TO THE COMMITTEE | UNITED STATES TRUSTEE |
| James I. Stang<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd, Suite 1100<br>Los Angeles, CA 90067<br>(310) 277-6910 | Attn: Antonia K. Hill<br>Assistant United States Trustee<br>605 W 4th Ave # 258<br>Anchorage, AK 99501<br>(907) 271-2600 |

SHOULD YOU FAIL TO SO OBJECT, BE FURTHER ADVISED THAT THE COURT MAY GRANT THE MOTION DESCRIBED ABOVE WITHOUT FURTHER NOTICE TO YOU.

The Motion is available for inspection at the Office of the Clerk, 605 West 4th Avenue, Room 38, Anchorage, Alaska 99501, or at the office of the undersigned.

Dated:   January 26, 2009         DAVID H. BUNDY, P.C.

By   /s/ David H. Bundy
     David H. Bundy (AK Bar 7210043)
     Attorney for Official Committee of
     Unsecured Creditors