IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>Debtor. | Case No. 08-00110-DMD<br><br>(Chapter 11) |

### FUTURE CLAIMS REPRESENTATIVE'S APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF ALIXPARTNERS, LLC TO ASSIST FUTURE CLAIMS REPRESENTATIVE

Michael M. Murphy, the future claims representative in the above captioned Chapter 11 reorganization case, (the "Reorganization Case"), hereby applies (the "Application"), pursuant to Bankruptcy Code §§ 327, 328, and 1107 and Rule 2014, Federal Rules of Bankruptcy Procedure, for an order authorizing the employment of AlixPartners, LLC ("AlixPartners") to assist Michael P. Murphy ("Future Claims Representative") in carrying out his duties as future claims representative for certain holders of unknown tort claims (the "Future Tort Claimants"[1]) in the Reorganization Case.

This Application is supported by the verified statement of the Future Claims Representative, Michael P. Murphy (the "Murphy Statement"), who in addition to being the

---

[1] The term Future Tort Claimants shall have the meaning set forth in that certain Application to Appoint a Legal Representative to Represent the Interests of Future Tort Claimants, filed by the Debtor and the Unsecured Creditors' Committee in this case on or about May 28, 2008. Claims against CBNA that are related to sexual abuse by priests or other personnel associated with the Roman Catholic Church are referred to as "Tort Claims" and those asserting Tort Claims (including those asserting those claims in the Alaska Clergy Abuse Cases) are referred to as "Tort Claimants" at least assert that they did not "discover" their claims until after the bar date under circumstances that toll the applicable statute of limitations and excuse such Tort Claimants from filing a claim prior to the bar date.

Quarles & Brady LLP
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

QB\124448.00004\7413022.2

Future Claims Representative is a Managing Director of AlixPartners. The Murphy Statement is attached hereto as Exhibit "A" and incorporated herein by this reference. In further support of this Application, the Future Claims Representative represents as follows:

1. On March 1, 2008 (the "Petition Date"), the Debtor filed its Chapter 11 petition for relief, thereby commencing the Reorganization Case. As of the Petition Date, the Debtor is operating its business and managing its properties as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2. On January 15, 2009 the Court entered its order nominating Michael P. Murphy to serve as the future claims representative in this Reorganization Case to represent the interests of Future Tort Claimants. Future Tort Claimants are persons who assert "Tort Claims" against the Debtor. "Tort Claims" shall mean claims related to sexual abuse by priests or other personnel associated with the Roman Catholic Church. Future Tort Claimants assert that they did not "discover" their Tort Claims until after the bar date for filing claims, under circumstances that toll the applicable statute of limitations and excuse such Tort Claimants from filing a claim prior to the bar date.

3. On March 27, 2009 Mr. Murphy filed his verified statement accepting the nomination. The Future Claims Representative seeks to use his firm, AlixPartners in fulfilling his duties. The duties and responsibilities of AlixPartners in the role of assisting the Future Claims Representative may include the following:

- Develop a database and analytical model for use in estimating and valuing the claims of Future Claim Holders.
- Review the future claims settlement process.

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

- Evaluate the treatment of claims held by Future Claim Holders in any proposed plan of reorganization.

- To the extent requested by a party and ordered by the Bankruptcy Court, evaluate and negotiate settlements of claims of Future Claim Holders.

4. Consequently, the Future Claims Representative wishes to employ AlixPartners to assist him in carrying out his duties.

5. AlixPartners will be compensated from the Debtor's estate for services AlixPartners rendered in connection with the Reorganization Case, subject to approval of the Bankruptcy Court and in compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Bankruptcy Court's local rules and orders of the Bankruptcy Court, at the blended hourly rate of $450.00 per hour. In addition to the hourly fees, AlixPartners shall be reimbursed for all reasonable out-of-pocket expenses incurred in connection with this assignment, such as travel, lodging and meals.

6. No person or entity shall file suit or take any legal or equitable action against the Future Claims Representative, AlixPartners and/or their respective agents, representatives, employees, designees, successors, assigns, or any professional hired or utilized by the Future Claims Representative without the express prior authorization of this Court. The Future Claims Representative, AlixPartners, and their respective agents, representatives, employees, designees, successors, assigns, or any professional hired or utilized by the Future Claims Representative are to have no personal liability in connection with any (i) actions or omissions pursuant to the powers granted by this Court, or (ii) any liabilities, obligations, liens or amounts owed to any claimants or creditors of the Debtor, including, without limitation, the Future Claims Holders.

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

APPLICATION TO EMPLOY ALIXPARTNERS
QB\124448.00004\7413022.1
Page 3 of 7
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD

7.  Except as may be disclosed in the Murphy Statement and to the best of the Future Claims Representative's knowledge, information and belief, AlixPartners does not have any connections with the Debtor in this case, its creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee or any person employed by the Office of the United States Trustee. As reflected in the Murphy Statement and in accordance with 11 U.S.C. §§ 101(14), 327, and 328, AlixPartners is "disinterested" and does not represent any entity in this case which has any interest adverse to the Debtor; and AlixPartners will not represent any such other entity in the Reorganization Case during its employment for the Future Claims Representative.

8.  The Future Claims Representative respectfully requests immediate consideration of this Application so that AlixPartners may begin assisting the Future Claims Representative in carrying out his duties.

WHEREFORE, the Future Claims Representative respectfully requests that the Court enter its order (i) granting the relief requested by the Future Claims Representative in this Application; (ii) authorizing the employment of AlixPartners in assisting the Future Claims Representative in carrying out his duties; and (iii) granting such other and further relief as is proper and just concerning this Application.

RESPECTFULLY SUBMITTED this 25th day of March, 2009.

By: _____
Michael P. Murphy,
Future Claims Representative

Filed as a courtesy by:
QUARLES & BRADY LLP
By: /s/ Kasey C. Nye
Susan G. Boswell (AZ Bar No. 004791)
Kasey C. Nye (AZ Bar No. 020610)
Lori L. Winkelman (AZ Bar No. 021400)

Quarles & Brady LLP
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

APPLICATION TO EMPLOY ALIXPARTNERS                                      Page 4 of 7
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD
QB\124448.00004\7413022.1

I hereby certify that a copy of the foregoing was
served this 27th day of March, 2009 on:

Kay Hill - U.S. Trustee
605 West 4th Avenue, Suite 258
Anchorage, Alaska 99501
Email: Kay.hill@usdoj.gov

Dennis E. "Skip" Cook, Esq.
Robert B. Groseclose, Esq.
Cook, Schuhmann & Groseclose, Inc.
714 Fourth Ave., Suite 200
Fairbanks, AK 99701
Email: skip@alaskalaw.com

James I. Stang, Esq
Hamid Rafatjoo, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Email: jstang@pszjlaw.com
Email: hrafatjoo@pszjlaw.com

David H. Bundy, Esq.
3201 C Street
Suite 301
Anchorage, AK 99503
Email: dhb@alaska.net

John C. Manly, Esq.
Manly, McGuire & Stewart
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660
Email: jmanly@manlymcguire.com

Kenneth Roosa, Esq.
Christopher R. Cooke, Esq.
Cooke Roosa LLC
3700 Jewel Lake Road
Anchorage, AK 99502
Email: Ken@CookeRoosa.com
Email: Chris@CookeRoosa.com

William L. Courshon
Trial Attorney
Office of the United States Trustee
700 Stewart Street, Suite 5103

Quarles & Brady LLP
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

APPLICATION TO EMPLOY ALIXPARTNERS
QB\124448.00004\7413022.1

Page 5 of 7
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD

Seattle, WA 98101
Email: Bill.L.Courshon@usdoj.gov

Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Email: ekbergc@lanepowell.com;

David C. Christian II
Sara E. Lorber
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Email: dchristian@seyfarth.com; slorber@seyfarth.com

Philip C. Stahl
Laura K. McNally
Grippo & Elden LLC
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Email: pstahl@grippoelden.com;
lmcnally@grippoelden.com

Arthur E. Neuman
3201 New Mexico Avenue, N.W., Suite 247
Washington, D.C. 20016
Email: arthureneuman@aol.com

Ford Elsaesser
James S. MacDonald
Elsesser Jarzabek Anderson Marks Elliott & McHugh
Third & Lake Streets
PO Box 1049
Sandpoint, ID 83864
Email: ford@ejame.com; jmacdonald@ejame.com

John C. Wendlandt
Sedor, Wendlandt & Wang LLC
500 L Street, Suite 500
Anchorage, AK 99501
Email: wendlandt@swwak.com

David M. Spector
Dennis G. LaGory

Schiff Hardin LLP

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

APPLICATION TO EMPLOY ALIXPARTNERS

Page 6 of 7
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD

QB\124448.00004\7413022.1

6600 Sears Tower
Chicago, IL 60606
Email: dspector@schiffhardin.com;
dlagory@schiffhardin.com

Jean H. Hurricane
Schiff Hardin LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Email: jhurricane@schiffhardin.com

Clay A. Young, Esq.
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, AK 99501
Email: cay@delaneywiles.com

James M. Altieri, Esq.
Michael P. Pompeo, Esq.
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932
Email: james.altieri@dbr.com
michael.pompeo@dbr.com

A. Richard Dykstra
Stafford Frey Cooper
601 Union Street, Suite 3100
Seattle, WA 98101
Email: rdykstra@staffordfrey.com

Jim J. Valcarce
Valcarce Law Office, LLC
P.O. Box 409-900 3rd Ave.
Bethel, AK 99559
jim@bushlawyers.com

by first class mail or email, if available, or
by electronic means through the ECF system
as indicated on the Notice of Electronic
filing.

By: /s/ Jane Friedman
    Quarles & Brady LLP

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>Debtor. | Case No. 08-00110-DMD<br><br>(Chapter 11) |

### VERIFIED STATEMENT AND DECLARATION OF MICHAEL P. MURPHY IN SUPPORT OF DEBTOR'S APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF ALIXPARTNERS, LLC TO ASSIST FUTURE CLAIMS REPRESENTATIVE MICHAEL P. MURPHY

I, Michael P. Murphy, declare under penalty of perjury as follows, pursuant to Rules 2014(a) and 2016(b), Fed. R. Bankr. P.:

1. I have been appointed the future claims representative ("Future Claims Representative") for certain holders of unknown tort claims (the "Future Claim Holders") in the above captioned Chapter 11 reorganization case (the "Reorganization Case").

2. I am a Managing Director of AlixPartners, LLC ("AlixPartners"), a California limited liability company, specializing in providing financial consulting and restructuring services such as strategic financial consulting, valuations, turnarounds and bankruptcy.

3. I am duly authorized to make all statements that I have made herein on behalf of AlixPartners with respect to the "Debtor's Application for Order Authorizing and Approving the Employment of AlixPartners, LLC to Assist Future Claims Representative Michael P. Murphy" (the "Application") and this Verified Statement in support of the Application (the "Murphy Statement") filed in the Reorganization Case of the Catholic Bishop of Northern Alaska, an

Quarles & Brady LLP
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

QB\7414122.1

Alaska religious corporation sole, the debtor and debtor-in-possession ("CBNA" or the "Debtor").

4. To the best of my knowledge, AlixPartners has no connection with the Debtor, its creditors or any other parties in interest, nor their respective attorneys and accountants, nor with the United States Trustee or any person employed in the office of the United States Trustee.

5. AlixPartners is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), in that it:

    a. is not a creditor or insider of the Debtor;

    b. is not and was not, within two years before the date of filing of the Reorganization Case, a director, officer, or employee of the Debtor.

6. AlixPartners will be compensated for services rendered in connection with the Reorganization Case, subject to approval of the Bankruptcy Court and in compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Bankruptcy Court's local rules and orders of the Bankruptcy Court, at the blended hourly rate of $450.00 per hour. In addition to the hourly fees, AlixPartners shall be reimbursed for all reasonable out-of-pocket expenses incurred in connection with this assignment, such as travel, lodging and meals.

7. AlixPartners' duties and responsibilities assisting me as Future Claims Representative may include:

- Developing a database and analytical model for use in estimating and valuing the claims of Future Claim Holders.
- Reviewing the future claims settlement process.
- To the extent requested by a party and ordered by the Bankruptcy Court, reviewing the financial ability of the Debtor to meet the future obligations.
- Evaluating the treatment of claims held by Future Claim Holders in any proposed plan of reorganization.

Quarles & Brady LLP
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

STATEMENT OF MICHAEL MURPHY  
QB\7414122.1  
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD  
Page 2 of 3

- To the extent requested by a party and ordered by the Bankruptcy Court, evaluating and negotiating with respect to fairness settlements to Future Claim Holders.

8. Based upon the foregoing, AlixPartners is eligible to be employed to assist me as Future Claims Representative for the Debtor.

9. After conducting or supervising the investigation described above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. I have made all of the foregoing statements in support of the Application and in compliance with Rules 2014(a) and 2016(b), Fed. R. Bankr. P. If called to testify, I would testify as I have stated herein.

DATED: _March 25_, 2009.

_____
MICHAEL P. MURPHY
Managing Director, AlixPartners, LLC

Quarles & Brady LLP
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

STATEMENT OF MICHAEL MURPHY
QB\7414122.1

Page 3 of 3
In re *Catholic Bishop of Northern Alaska*, Case No. 08-00110-DMD