IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

Filed on 3/27/2009

| | |
|---|---|
| CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>     Debtor. | Case No. F08-00110-DMD<br><br>(Chapter 11) |

**ORDER APPROVING FUTURE CLAIMS REPRESENTATIVE'S APPLICATION FOR ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF <u>ALIXPARTNERS, LLC</u>**

This matter came before the Court on the "<u>Future Claims Representative's Application for Order Authorizing and Approving the Employment of AlixPartners, LLC to Assist Future Claims Representative Michael P. Murphy</u>" (the "Application") filed by Michael P. Murphy, the duly appointed future claims representative in the above captioned Chapter 11 reorganization case (the "Reorganization Case").

Based upon the Application, the entire record in this Reorganization Case and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

A.     The Application is approved under the terms and conditions set forth therein;

B.     The employment of AlixPartners, LLC to assist the Future Claims Representative in carrying out his duties is authorized;

C.     Compensation is approved under the terms and conditions set forth

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

QB\124448.00004\7415198.1

therein.

        Dated this 27th day of March, 2009.

                BY THE COURT

                /s/ Donald MacDonald IV
                Donald MacDonald IV
                U.S. Bankruptcy Judge

Serve:  S. Boswell, Esq.
        AlixPartners, LLC
        ECF Participants
        U. S. Trustee
                03/27/09

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

ORDER EXTEND FCR SCHEDULE         Page 2 of 2
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD
QB\124448.00004\7415198.1