David H. Bundy (AK Bar 7210043)
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage, AK  99503
Telephone:     (907) 248-8431
Facsimile:      (907) 248-8434
Email:  dhb@alaska.net

James I. Stang (CA Bar 94435)
Hamid R. Rafatjoo (CA Bar 181564)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100
Telephone:     (310) 277-6910
Facsimile:      (310) 201-0760
Email:  jstang@pszjlaw.com
           hrafatjoo@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| In re: | ) | CHAPTER 11 |
|---|---|---|
| | ) | |
| CATHOLIC BISHOP OF NORTHERN ALASKA, | ) | Case No. 08-00110-DMD |
| an Alaskan religious corporation sole, | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

**APPLICATION OF OFFICIAL COMMITTEE OF**

**UNSECURED CREDITORS FOR ORDER AUTHORIZING AND**

**APPROVING EMPLOYMENT OF J.H. COHN LLP AS FINANCIAL ADVISORS**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-referenced chapter 11 case of the Catholic Bishop of Northern Alaska, an Alaska religious corporation sole (the "Debtor") hereby applies pursuant to Section 1103 of Title 11 of the United States Code (the "Bankruptcy Code")[1] and Rule 2014 of the Federal Rules of Bankruptcy Procedure[2]

---

[1] All references to "sections" herein are to sections of the Bankruptcy Code, 11 U.S.C. §§ 101-1530, as amended, unless otherwise noted.
[2] All references to "Bankruptcy Rules" herein are to the provisions of the Federal Rules of Bankruptcy Procedure.

DOCS_LA:202335.5                              1

for an Order authorizing the employment of J.H. Cohn LLP ("J.H. Cohn") as financial advisors to provide such financial professional services as J.H. Cohn and the Committee deem necessary and beneficial to the Committee.

This Application is supported by the Declaration of Chad J. Shandler in Support of the Application of the Official Committee of Unsecured Creditors for Order Authorizing and Approving the Employment of J.H. Cohn LLP as Financial Advisors (the "Shandler Declaration"), attached hereto as **Exhibit 1**. In further support of this Application, the Committee represents as follows:

1. On March 1, 2008 (the "Petition Date"), the Debtor filed its voluntary chapter 11 petition for relief, thereby commencing the above captioned case. As of the Petition Date, the Debtor is a debtor in possession pursuant to Sections 1107(a) and 1108.

2. On or about March 31, 2008, the Committee was appointed pursuant to Sections 1102(a) and 1102(b)(1). The Committee's members are survivors of sexual abuse.

3. The Committee deferred retention of a financial advisor until it became necessary once the Debtor began pursuing approval of its disclosure statement and confirmation of its proposed plan of reorganization.

4. Therefore, the Committee now seeks authorization, pursuant to Section 1103(a) of the Bankruptcy Code, to employ and retain J.H. Cohn as financial advisors to render the following services, among others, to the Committee:

    (a) assisting and advising the Committee and its counsel in analyzing the Debtor's assets and liabilities, books and records, and financial documents; and reviewing any proposed plan and disclosure statements, asset sales, any asset dispositions, and financing arrangements. J.H. Cohn does not anticipate involvement in analyzing the Debtor's liability to any particular survivor of sexual abuse;

    (b) assisting and advising the Committee and its counsel in investigating the assets, liabilities, and financial condition of the Debtor, the Debtor's operations and the desirability of the continuance of any portion of those

operations, and any other financial matters relevant to this case or to the formulation of a plan;

(c) assisting and advising the Committee and its counsel in the evaluation of claims and on any litigation matters, including avoidance actions;

(d) analyzing compliance with restrictions or limitations with respect to funds held in accounts or allegedly held in trust; and

(e) providing such other services to the Committee and its counsel as may be necessary in the case.

5. The proposed rate of compensation, subject to final Court approval, is J.H. Cohn's customary hourly rate in effect at the time that it performs services. Chad J. Shandler, a partner at J.H. Cohn, will be the business person with the primary responsibility for this work. Mr. Shandler's current hourly rate is $600 but he proposes to be paid $480 per hour in this case. To the best of the Committee's knowledge, except as set forth in the Shandler Declaration, J.H. Cohn does not represent any other entity having an adverse interest in connection with this chapter 11 case, or have any connection with Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any District of Alaska bankruptcy judge.

6. To the best of the Committee's knowledge, except as provided in the Shandler Declaration, J.H. Cohn does not represent any interest adverse to that of the Committee in the matters on which J.H. Cohn is to be retained, and J.H. Cohn's professionals and staff are disinterested persons under Section 101(14).

7. J.H. Cohn began work at the Committee's request on May 7, 2009, in anticipation of the imminent filing of the Debtor's proposed plan and disclosure statement. The Committee therefore request approval of employment *nunc pro tunc* to that date.

[remainder of page left intentionally blank]

**WHEREFORE**, the Committee requests that this Court approve the employment of J.H. Cohn as financial advisors to the Committee, *nunc pro tunc* to May 7, 2009, to render services as described above with compensation to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow; and grant the Committee such other and further relief as the Court deems just and proper.

Dated: May 28, 2009

DAVID H. BUNDY, P.C.

By  /s/ David H. Bundy
    David H. Bundy

and

PACHULSKI STANG ZIEHL & JONES LLP
Attorneys for the Official Committee of
Unsecured Creditors

DOCS_LA:202335.5

4