# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>Debtor. | Case No. F08-00110-DMD<br>Chapter 11<br><br>**Filed On 7/31/09** |

## ORDER APPROVING APPLICATION FOR EMPLOYMENT
## [J.H. Cohn LLP]

The Official Committee of Unsecured Creditors' (Committee) application for employment of J.H. Cohn LLP duly came before the court for hearing on July 30, 2009. Kasey Nye appeared telephonically on behalf of the debtor. Michael Pompeo appeared telephonically on behalf of Travelers Casualty and Surety Company. James Stang appeared telephonically on behalf of the Committee. Chad Shandler of J.H. Cohn LLP participated telephonically. For the reasons stated on the record, IT IS ORDERED:

The Committee's application to employ J.H. Cohn LLP nunc pro tunc to May 7, 2009 is granted. J.H. Cohn LLP shall be employed to assist the Committee with regard to items 4(a), (b), (c) and (d) of the Committee's application as well as issues relating to the endowment, Catholic Trust of Northern Alaska, and the Monroe Foundation. If the Committee desires the employment of J.H. Cohn LLP on other matters, it shall file and notice a separate application.

DATED: July 31, 2009.

        BY THE COURT

        /s/ Donald MacDonald IV
        DONALD MacDONALD IV
        United States Bankruptcy Judge

Serve:    K. Nye, Esq.
          J. Stang, Esq.
          M. Pompeo, Esq.
          C. Shandler, J.H. Cohn LLP
          K. Hill, Esq.
          ECF Participants

          07/31/09