# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>            Debtor. | Case No. F08-00110-DMD<br>Chapter 11<br><br>**Filed On<br>9/11/09** |

## ORDER DENYING APPROVAL OF DISCLOSURE STATEMENT

The debtor's first amended disclosure statement duly came before the court for hearing on June 18, 2009.  Appearances were made by the following:.

| Party | Attorney(s) |
|---|---|
| Debtor Catholic Bishop of N. Alaska | David Paige (telephonic)<br>Susan Boswell<br>Michael Mills |
| Official Committee of Unsecured Creditors | Robert Orgel<br>James Stang |
| Continental Insurance Company | Charles Ekberg<br>Patrick Nash (telephonic) |
| Catholic Mutual Relief Society of America *and* The Catholic Relief Insurance Company of America | Dennis LaGory (telephonic)<br>David Spector (telephonic) |
| Travelers Casualty & Surety Company | Michael Pompeo (telephonic)<br>William Corbett (telephonic) |
| Alaska National Insurance Company | Richard Dykstra (telephonic) |
| Catholic Church Communities of N. Alaska | Ford Elsaesser (telephonic) |

2

In accordance with this court's Memorandum on Debtor's First Amended Disclosure Statement, dated September 11, 2009,

**IT IS ORDERED** that approval of the debtor's first amended disclosure statement is denied.

DATED: September 11, 2009.

BY THE COURT

 /s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  S. Boswell, Esq.
M. Mills, Esq.
F. Elsaesser, Esq.
D. Paige, Esq.
D. LaGory, Esq.
D. Spector, Esq.
M. Pompeo, Esq.
W. Corbett, Esq.
P. Nash, Esq.
R. Dykstra, Esq.
C. Ekberg, Esq.
R. Orgel, Esq.
J. Stang, Esq.
CM/ECF Participants
K. Hill, Esq.
U. S. Trustee
9/11/09

2