UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>            Debtor. | Case No. F08-00110-DMD<br>Chapter 11<br><br>**Filed On<br>9/21/09** |

### ORDER GRANTING COMMITTEE'S MOTION FOR CLARIFICATION

On September 11, 2009, this court entered an Order on Committee's Motion to Pursue Litigation and on Debtor's Motion to Strike (Docket No. 530). The Committee has filed a timely motion for clarification or reconsideration of that order (Docket No. 540). I have reviewed the motion and find it is well taken. Therefore,

**IT IS ORDERED** that the motion for clarification is granted. Paragraph 1 of this court's prior Order on Committee's Motion to Pursue Litigation and on Debtor's Motion to Strike is amended as follows:

1) The UCC's Redacted Motion for Authority to Commence, Prosecute and Settle Litigation on Behalf of the Bankruptcy Estate, filed May 11, 2009 [Docket No. 440] is granted solely as to the UCC's request to prosecute claims to set aside CBNA's transfer of funds to the Catholic Trust of Northern Alaska. The UCC may bring such claims under 11 U.S.C. §§ 544, 547, 548 and 550. The balance of the UCC's motion is denied. This order does not affect the ability of the UCC to seek declaratory relief concerning the ownership of disputed real or personal property within the Diocese.

      The balance of the order remains unaltered.

      DATED: September 21, 2009

                                      BY THE COURT

                                      /s/ Donald MacDonald IV
                                      DONALD MacDONALD IV
                                      United States Bankruptcy Judge

Serve:  S. Boswell, Esq.
         M. Mills, Esq.
         F. Elsaesser, Esq.
         D. Paige, Esq.
         D. LaGory, Esq.
         D. Spector, Esq.
         M. Pompeo, Esq.
         W. Corbett, Esq.
         P. Nash, Esq.
         R. Dykstra, Esq.
         C. Ekberg, Esq.
         R. Orgel, Esq.
         J. Stang, Esq.
         CM/ECF Participants
         K. Hill, Esq.
         U. S. Trustee
         QC
                09/21/09