IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

Filed on 2/2/2010

| | |
|---|---|
| CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>Debtor. | Case No. F08-00110-DMD<br><br>Chapter 11 |

**ORDER APPROVING BID AND SALE PROCEDURES AND SCHEDULING OF AN AUCTION HEARING DATE FOR THE SALE OF PILGRIM SPRINGS PROPERTY FREE AND CLEAR OF CLAIMS, LIENS, ENCUMBRANCES AND INTERESTS PURSUANT TO THE PLAN AND 11 U.S.C. § 363**

This matter came before the Court on the "Stipulated Motion to Approve Bid and Sale Procedures and Scheduling of an Auction Hearing Date for the Sale of Pilgrim Springs Property Free and Clear of Claims, Liens, Encumbrances and Interests Pursuant to the Plan and 11 U.S.C. § 363" (the "Stipulated Motion"), between the Catholic Bishop of Northern Alaska, an Alaska religious corporation sole and the debtor and debtor-in-possession ("CBNA" or the "Debtor") in the above captioned Chapter 11 reorganization case (the "Reorganization Case") and the Official Committee of Unsecured Creditors (the "Committee"), which was filed on February 2, 2010.

Based upon the Stipulated Motion, the entire record in this Reorganization Case and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Stipulated Motion is approved.

2. The Sale Procedures,[1] below, for the sale of the Pilgrim Springs Property as is and without warranties of any kind, and free and clear of liens, claims, encumbrances and other interests except for the UAF License, are approved.

3. The Bid Procedures, below, for the submission of offers to acquire the Pilgrim

---

[1] All capitalized terms used herein shall retain the definitions as set forth in the Plan and the Stipulated Motion.

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

QB\124448.00004\9668493.2

Springs Property at the Auction, are approved.

    4.    The following Bid and Sale Procedures are approved:

    (a)    The opening bid shall be from the Endowment: $1,850,000 (the "Opening Bid"). All bids from the Endowment shall be for the purchase of the Pilgrim Springs Property subject to all liens, encumbrances and interests, except for those specifically described herein and the claims described in the state court action filed by Louis Green, Sr. and Mary Green, case no. 2NO-09-00314-CI.

    (b)    Upon request to the Debtor's counsel by a potential bidder (a "Potential Bidder") the Debtor will provide such Potential Bidder with access to relevant information that will enable that Potential Bidder to evaluate the Pilgrim Springs Property for the purpose of submitting a bid for the Pilgrim Springs Property (a "Bid").

    (c)    Each Potential Bidder that wishes to bid must submit a Bid that is equal to or greater than the Opening Bid.

    (d)    By 5:00 p.m. AKST on February 25, 2010 (the "Bid Deadline"), all Potential Bidders must submit to the Debtor in care of the office of Michael R. Mills, DORSEY & WHITNEY LLP, 1031 West Fourth Avenue, Suite 600, Anchorage, Alaska 99501-5907 and to Debtor's counsel, Quarles & Brady, attn: Susan G. Boswell and Kasey Nye, One S. Church Ave, Suite 1700, Tucson, AZ 85701, the following, in one or more sealed envelopes: (i) a Bid accompanied by a form of a written purchase agreement (the "Asset Purchase Agreement"), (ii) proof of financial ability (to the Debtor's satisfaction) to close on the transaction described in the Asset Purchase Agreement within 45 days after the Auction, (iii) a bid deposit of certified funds in the amount of $250,000 (the "Deposit"); and (iv) a statement acknowledging consent to the UAF License for geothermal exploration on the property until the end of 2011. Notwithstanding the foregoing, the Endowment's bid shall provide that the Endowment shall close its purchase of the Pilgrim Springs Property within five (5) business days after the Auction.

    (e)    Each Potential Bidder may submit only one bid.

    (f)    On or before the close of business on February 26, 2010, the Debtor shall review all Proposed Bids received by the Bid Deadline, and shall confer with the Committee regarding the Proposed Bids (or the Settlement Trustee if the Committee is dissolved under the terms of the Plan), and shall notify the Potential Bidders if their bids make them eligible, in the sole discretion of the Debtor, to participate in an auction sale (each such bidder being referred to herein as an "Qualified Bidder").

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

ORDER APPROVING PILGRIM SPRINGS
SALES PROCEDURE
Page 2 of 5
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD

QB\124448.00004\9668493.2

(g) The Debtor in its sole discretion shall be entitled to extend the deadline for a prospective competitive bidder to comply with the eligibility requirements if it determines that such party is working in good faith to comply and appears to have the ability to do so.

(h) The Debtor will have the right to reject any and all bids that do not materially conform with the Bid Procedures.

(i) All Qualified Bidders must attend an auction sale to be conducted on March 5, 2010, at 9:00 a.m. (the "Auction"), at the Bankruptcy Court for the District of Alaska, in the Old Federal Building, Historic Courtroom, 605 W. 4th Avenue, Anchorage, Alaska.

(j) Only Qualified Bidders will be permitted to bid at the Auction. All bids must be made on the record and in public at the Auction. The Debtor may communicate with any Qualified Bidder in an effort to improve its bid, including revealing the terms of any other bid by a Qualified Bidder. Qualified Bidders will be responsible for disclosing and communicating in open Court to all parties present during the Auction the key terms and conditions of their bids.

(k) At the Auction, bidding will begin with the Opening Bid, and shall increase incrementally by $50,000.

(l) Following the conclusion of bidding, the Debtor, after consulting with the Committee (or the Settlement Trustee if the Committee has been dissolved pursuant to the Plan) will recommend one or more successful bidders ("Successful Bidders") and at least one (1) back up bidder with the next highest and otherwise best offer at the Auction (the "Back-Up Bidder") to the Court for approval at the Sale Hearing. In all events the Endowment will serve as a back up bidder at its highest bid at the Auction, but no less than its Opening Bid. The Successful Bidders will be required to execute amendments to their Asset Purchase Agreement to reflect changes to the purchase price at the Auction and to execute all required documents no later than two (2) business days after the Sale Hearing.

(m) The Debtor will be authorized to enter into an Asset Purchase Agreement, expressly subject and subordinate to the rights of the Successful Bidder(s), with the Back-Up Bidder. If the Successful Bidder(s) fails to close the purchase of the Pilgrim Springs Property by the closing date established in the respective Asset Purchase Agreements, the Debtor will be authorized to proceed with a sale of the Pilgrim Springs Property to any Court-approved Back-Up Bidder without further order of the Court. If the Back-Up Bidder fails to timely close pursuant to the Asset Purchase Agreement, then the Endowment shall purchase the Pilgrim Springs Property at its highest bid at the Auction, but no less than its Opening Bid.

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

(n) The Court will entertain objections from any interested party with the requisite standing at the Sale Hearing. No bid will be considered accepted until presented to and approved by the Court at the Sale Hearing.

(o) Within two (2) business days following the Sale Hearing, the Debtor will return to each unsuccessful bidder its Deposit, to the extent such Deposit is eligible for return and is not subject to forfeiture.

(p) If any Successful Bidder or Back-Up Bidder fails to close the purchase of the Pilgrim Springs Property by the agreed-upon closing date and in accordance with the terms approved in an executed purchase agreement, such Successful Bidder or Back-Up Bidder will forfeit its Deposit.

(q) Objections to the conduct of the Auction or selection of the Successful Bidders may be made in open court at the Sale Hearing.

(r) The Debtor may extend the deadlines set forth in the Bid Procedures, may adjourn the Auction, and/or may seek adjournment of the Sale Hearing, except the Debtor may not extend the deadline for closing the sale after the Auction without the express written consent of the Committee or the Settlement Trustee if the Committee has been dissolved pursuant to the Plan. The Debtor will promptly file with the Court a notice of adjournment with respect to any such extension.

(s) Strict compliance with all Bid Procedures and other terms set forth in the Sale Procedures Order will be a condition precedent to the consideration of any bid, and nonconforming bids will not be considered by the Debtor or the Court at the Auction.

(t) In addition to these sale procedures, the Debtor may establish other reasonable auction rules and announce them publicly prior to the Auction.

5. Offers made prior to or at the Sale Hearing may not be withdrawn after they are made and any entity's refusal or failure to comply with its offer after acceptance of same by the Debtor and approval by the Court, shall entitle the Debtor to retain the Deposit.

6. The Sale Hearing is set for Friday, March 5, 2010 at 9:00 a.m. [Alaska time], in the Old Federal Building, Historic Courtroom, 605 W. 4th Avenue, Anchorage, Alaska, at which time the Court will hold the Auction and act on and consider the approval of the sale of the Pilgrim Springs Property.

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

Dated this 2nd day of February, 2010.

                                               BY THE COURT

                                        /s/ Donald MacDonald IV
                                        Donald MacDonald IV
                                        U.S. Bankruptcy Judge

PREPARED BY:

QUARLES & BRADY LLP
One South Church Avenue, Suite 1700
Tucson, AZ 85701


By  /s/  Kasey C. Nye
     Susan G. Boswell
     Kasey C. Nye

    Attorneys for Debtor, Catholic
    Bishop of Northern Alaska


APPROVED AS TO FORM AND CONTENT BY:

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067


By /s/ James I. Stang
     James I. Stang
     Hamid Rafatjoo

Attorneys for the Official Committee of Unsecured Creditors


Serve:  K. Nye, Esq.
       J. Stang, Esq.
       B. Collins, Esq.
       ECF Participants
       U. S. Trustee
       Calendar – served 2/2/10 – pg.

        02/02/10

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona 85701-1621

ORDER APPROVING PILGRIM SPRINGS
SALES PROCEDURE

Page 5 of 5
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD

QB\124448.00004\9668493.2