PROCEEDING MEMORANDUM

<div style="text-align: right; color: red; border: 2px solid red; display: inline-block;">**Filed On 3/5/10**</div>

Friday                                                                              Anchorage, Alaska
March 5, 2010

| TIME | CASE NUMBER, NAME, and CHAPTER TYPE OF PROCEEDING and COUNSEL |
|---|---|
| 9:00 a.m. | Case No. F08-00110-DMD, **In re CATHOLIC BISHOP OF NORTHERN ALASKA, Debtor.** Ch 11. |

Auction of Pilgrim Springs Property [DE# 671].

Susan Boswell, David Paige and Kasey Nye at for the Debtor;
Ford Elsaesser for Catholic Trust of Northern Alaska and Donna LaRue;
Michael Pompeo, Jim Altieri and William Corbett for Travelers;
Charles Ekberg for Continental Insurance Company;
Patrick Nash for Continental Insurance Company;
Howard Levine for Society of Jesus, Oregon Province;
Young Kim, Future Claims Representative;
Dennis LaGory and David Spector for Catholic Mutual Relief Society of America and The Catholic Relief Insurance Company of America;
Louis DeLucia for Catholic Mutual Relief Society of America and The Catholic Relief Insurance Company of America;
Paul Sievers for the UCC;

**TELEPHONICS**
Hamid Rafatjoo at **(310)871-7589** for the UCC;
Mary Beth Smetzer at **(907)479-6816** for Fairbanks Daily New Miner; Tom Buzek, Business Administrator for CBNA at **(907)322-4992**; Kasey Nye at **(520)770-8717** for the Debtor.

**Adjourned to:**                 2010 at         .m. for:

**APPEARANCES:**
**Hamid Rafatjoo, for the UCC (telephonic)**
**Tom Buzek, business administrator for CBNA (telephonic)**
**Kasey Nye, for the debtor (telephonic)**
**Michael Mills, for the debtor**
**Bernie Karl, for Chena Power**

**SWORN AND EXAMINED:**


**Time on record 9:02:45   -   Time off Record 9:15:56**

NOTES AND/OR ORDERS OF BANKRUPTCY JUDGE:

_____   **Court will prepare order**

____X____   **A lodged order will be submitted by Mr. Nye.**

_____   **No order will be submitted**


      **Bid of Unaatuq LLC will be approved for a sales price of $1.9 million in accordance with the bid and sales procedures in this court's prior order.**


                                                                    /s/ Donald MacDonald IV
                                                                           BANKRUPTCY JUDGE

peggy - served 3/5/10