Bryon E. Collins and Associates
310 K Street, Suite 200
Anchorage Alaska 99501
PHONE (907) 264-6765
FAX (907) 264-6745

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

FILED
MAR 5 2010
CLERK
U.S. BANKRUPTCY
By ____
Deputy Clerk

CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaskan religious corporation sole,

Debtor.

LOUIS H. and NANCY GREEN

Case No.: 08-00110-DMD

(Chapter11)

## NOTICE OF PRELIMINARY INJUNCTION BY US DISTRICT COURT, DISTRICT OF ALASKA STAYING SALE OF PILGRIM HOT SPRINGS PROPERTY UNTIL FURTHER NOTICE.

Louis H and Nancy R. Green by and through undersigned counsel of record hereby gives notice to the Court and parties of the attached TEXT ORDER issued this morning by US District Court Judge Ralph Beistline at 10:15 am AST which orders the US Bankruptcy Court to Stay the sale of Pilgrim Hot Springs until the matter is resolved by the US District Court for the District of Alaska.

The Temporary Injunction was issued in case 04:10-cv-4; Louis and Nancy Green's appeal of the Bankruptcy Court's Order issued January 21, 2010 requiring the Green's to dismiss their State Court action to Quiet Title claim of their ownership of Pilgrim Hot Springs.

RESPECTFULLY SUBMITTED this 5th day of March, 2010.

BY: ____
BRYON E. COLLINS, AKBAR#: 0805025
Attorney for Louis and Nancy Green

I hereby certify that a copy of the foregoing was served this 5th day of March, 2010 on:

Kay Hill- U.S. Trustee

605 West 4th Ave, Ste 258
Anchorage, AK 99501
Email: Kay.hill@usdoj.gov

Robert B. Groseclose, Esq.
Cook, Schuhmann & Groseclose, Inc.
714 Fourth Ave, Ste 200
Fairbanks, AK 99701
Email: bob@alaskalaw.com

James I. Stang, Esq.
Hamid Rafatjoo, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Email: jstang@pszjlaw.com
Email: hrafatjoo@pszjlaw.com
David H. Bundy, Esq.
3201 C Street, Ste 301
Anchorage, AK 99503
Email: dhb@alaska.net

John C. Manly, Esq.
Manly, McGuire & Stewart
4220 Von Karman Ave, Ste 200
Newport Beach, CA 92660
Email: jmanly@manlymcguire.com

Kenneth Roosa, Esq.
Christopher R. Cooke, Esq.
Cooke Roosa LLC
3700 Jewel Lake Rd.
Anchorage, AK 99502
Email: Ken@CookeRoosa.com
Email: Chris@CookeRoosa.com

William L. Courshon
Trial Attorney
Office of the United States Trustee
700 Stewart Street, Ste 5103
Seattle, WA 98101
Email: Bill.L.Courshon@usdoj.gov

Charles R. Ekberg
Brad E. Ambarian

Bryon E. Collins and Associates
310 K Street, Suite 200
Anchorage Alaska 99501
PHONE (907) 264-6765
FAX (907) 264-6745

Bryon E. Collins and Associates
310 K Street, Suite 200
Anchorage Alaska 99501
PHONE (907) 264-6765
FAX (907) 264-6745

Lane Powell PC
1420 Fifth Ave, Ste 4100
Seattle, WA 98101
Email: Ekbergc@lanepowell.com
Email: ambarianb@lanepowell.com

David C. Christian II
Sara E. Lorber
Seyfarth Shaw LLP
131 S. Dearborn St, Ste 2400
Chicago, IL 60603
Email: dchristian@seyfarth.com
Email: slorber@seyfarth.com
Philip C. Stahl
Laura K. McNally
Grippo & Elden LLC
111 South Wacker Dr, Ste 5100
Chicago, IL 60606
Email: pstahl@grippoelden.com
Email: lmcnally@grippoelden.com
Arthur E. Neuman
3201 New Mexico Ave, N.W., Ste 247
Washington, DC 20016
Email: arthurneuman@aol.com

Ford Elsaesser
James S. MacDonald
Elsaesser Jarzabek Anderson Marks Elliot & McHugh
Third & Lake Streets
P.O. Box 1049
Sandpoint, ID 83864
Email: ford@ejame.com
Email: jmacdonald@ejame.com

John C. Wendlandt
Sedor, Wendlandt & Wang LLC
500 L St, Ste 500
Anchorage, AK 99501
Email: wendlandt@swwak.com

David M. Spector
Dennis G. LaGory
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

Email: dspector@schiffhardin.com
Email: dlagory@schiffhardin.com

Jean H. Hurricane
Schiff Hardin LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Email: jhurricane@schiffhardin.com

Official Committee of Unsecured Creditors

Attached Official Service List dated March 5th 2010, by electronic means through the ECF system as indicated in the Notice of Electronic filing.

By: ______________________

Bryon E. Collins and Associates
310 K Street, Suite 200
Anchorage Alaska 99501
PHONE (907) 264-6765
FAX (907) 264-6745

**Bryon E. Collins, Esq.**

**From:** <cmecfmail@akd.uscourts.gov>
**Date:** Friday, March 05, 2010 10:11 AM
**To:** <cmecfmail@akd.uscourts.gov>
**Subject:** Activity in Case 4:10-cv-00004-RRB Green et al v. The Catholic Bishop of Northern Alaska Set Motion and R&R Deadlines/Hearings

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Alaska**

**Notice of Electronic Filing**

The following transaction was entered on 3/5/2010 at 10:11 AM AST and filed on 3/5/2010

**Case Name:** Green et al v. The Catholic Bishop of Northern Alaska
**Case Number:** 4:10-cv-4
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER: The March 5, 2010, request for stay is hereby TEMPORARILY GRANTED. The Court cannot resolve this last minute request on an ex parte basis and without further input from the parties. Therefore, in an abundance of caution, the Court will temporarily grant the stay in order to receive input from all interested parties. Responsive briefing shall be filed on or before March 9, 2010. (JPS, CHAMBERS STAFF)**

**4:10-cv-4 Notice has been electronically mailed to:**

Bryon E. Collins Bryon_Collins@hotmail.com, pocjenn@gci.net

David A. Paige dpaige@quarles.com, docketaz@quarles.com, mwillson@quarles.com

Kay Hill     kay.hill@usdoj.gov, USTPRegion18.ak.ecf@usdoj.gov

Michael R. Mills     mills.mike@dorsey.com, ak-usdc@dorsey.com

Robert B. Groseclose     deanaw@alaskalaw.com, bob@alaskalaw.com, rondas@alaskalaw.com

Susan Gayle Boswell     susan.boswell@quarles.com

**4:10-cv-4 Notice has been delivered by other means to:**

Johnston A. Mitchell
Coers Mitchell Law, LLC
4411 N.E. Tillamook, Suite 103
Portland, OR 97213

Kasey C. Nye
Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tuscon, AZ 85701

Lori L. Winkelman
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004

William L. Courshon
Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101