# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,

Debtor.

Case No. F08-00110-DMD
Chapter 11

**Filed On 6/11/10**

## MEMORANDUM ON FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES
## [Michael Murphy / AlixPartners, LLC]

The first and final application for allowance and payment of fees and expenses, filed by Future Claims Representative Michael Murphy and AlixPartners, LLC (collectively, "the firm"), has been duly noticed and no written objections to the application have been filed. The firm and Kay Hill, Assistant United States Trustee, have stipulated to a reduction in the requested fees.

The bankruptcy court has an independent duty to review such applications and determine whether the requested fees and expenses were reasonable and necessary to the administration of the estate.[1]  I have thoroughly reviewed the pending application and agree with the reduced amounts stipulated between the firm and Ms. Hill. The firm's application will therefore be granted as adjusted. An order will be entered accordingly.

---

[1] 11 U.S.C. § 330(a); *Neben & Starrett, Inc., v. Chartwell Fin. Corp. (In re Park-Helena Corp.)*, 63 F.3d 877, 880 (9th Cir. 1995).

DATED: June 11, 2010

                                BY THE COURT

                                /s/ Donald MacDonald IV
                                DONALD MacDONALD IV
                                United States Bankruptcy Judge

Serve:  D. Bundy, Esq.
        S. Boswell, Esq.
        M. Mills, Esq.
        D. Paige, Esq.
        J. Stang, Esq.
        P. Sievers, Esq.
        M. Murphy, Future Claims Rep.
        K. Hill, Esq.
        U. S. Trustee
        CM/ECF Participants per Notice of Electronic Filing
        B. Collins, Esq.
        Robert Fox, Robert Fox Realty LLC
        GNL Exploration
        G. Huttrer, Geothermal Mgmt. Co.
        C. Linscott, Keegan, Linscott & Kenon, P.C.
        S. Lorber, Esq.
        T. Lynch, Esq.
        J. Mitchell, Esq.
        C. Shandler, J.S. Cohn LLP

        06/11/10