# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,

Debtor.

Case No. F08-00110-DMD
Chapter 11

**Filed On 6/11/10**

### MEMORANDUM ON FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES
### [Coers Mitchell Law, L.L.C.]

The first and final application for allowance and payment of fees and expenses, filed by Coers Mitchell Law, L.L.C. ("the firm"), has been duly noticed and no written objections to the application have been filed. The bankruptcy court has an independent duty to review such applications and determine whether the requested fees and expenses were reasonable and necessary to the administration of the estate.[1]  I have thoroughly reviewed the pending application. I find that the requested fees and expenses are reasonable. The application will therefore be allowed. An order will be entered accordingly.

---

[1] 11 U.S.C. § 330(a); *Neben & Starrett, Inc., v. Chartwell Fin. Corp. (In re Park-Helena Corp.)*, 63 F.3d 877, 880 (9th Cir. 1995).

DATED: June 11, 2010

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  D. Bundy, Esq.
S. Boswell, Esq.
M. Mills, Esq.
D. Paige, Esq.
J. Stang, Esq.
P. Sievers, Esq.
J. Mitchell, Esq.
K. Hill, Esq.
U. S. Trustee
CM/ECF Participants per Notice of Electronic Filing
B. Collins, Esq.
Robert Fox, Robert Fox Realty LLC
GNL Exploration
G. Huttrer, Geothermal Mgmt. Co.
C. Linscott, Keegan, Linscott & Kenon, P.C.
S. Lorber, Esq.
T. Lynch, Esq.
M. Murphy, AlixPartners, LLC
C. Shandler, J.S. Cohn LLP

06/11/10