## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

CATHOLIC BISHOP OF NORTHERN
ALASKA, an Alaska religious corporation
sole,

Debtor.

Case No. F08-00110-DMD
Chapter 11

**Filed On
6/14/10**

## MEMORANDUM ON FIRST AND FINAL APPLICATION
## FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES
## [Quarles & Brady LLP]

The first and final application for allowance and payment of fees and expenses,

filed by Quarles & Brady, LLP ("the firm"), has been duly noticed and no written objections

to the application have been filed.  The bankruptcy court has an independent duty to review

such applications and determine whether the requested fees and expenses were reasonable

and necessary to the administration of the estate.[1]  I have thoroughly reviewed the pending

application.  I find that the requested fees and expenses are reasonable, particularly in light

of the sizeable voluntary reduction made by the firm.[2]  The application will therefore be

allowed.  An order will be entered accordingly.

---

[1] 11 U.S.C. § 330(a); *Neben & Starrett, Inc., v. Chartwell Fin. Corp. (In re Park-Helena Corp.)*, 63
F.3d 877, 880 (9th Cir. 1995).

[2] This court typically does not allow reimbursement for secretarial overtime.  Nor does the court
allow outgoing, long-distance facsimiles to be charged at a rate higher than  $0.20 per page (in lieu of the
actual long distance charge).  Although the firm has included charges for both outgoing facsimiles and
secretarial overtime on its expense itemization, no further reduction will be made by the court because the
firm has already voluntarily reduced its fees by the sum of $150,000.00.

DATED: June 14, 2010

BY THE COURT

 /s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  D. Bundy, Esq.
        S. Boswell, Esq.
        M. Mills, Esq.
        D. Paige, Esq.
        J. Stang, Esq.
        P. Sievers, Esq.
        J. Mitchell, Esq.
        K. Hill, Esq.
        U. S. Trustee
        CM/ECF Participants per Notice of Electronic Filing
        B. Collins, Esq.
        Robert Fox, Robert Fox Realty LLC
        GNL Exploration
        G. Huttrer, Geothermal Mgmt. Co.
        C. Linscott, Keegan, Linscott & Kenon, P.C.
        S. Lorber, Esq.
        T. Lynch, Esq.
        M. Murphy, AlixPartners, LLC
        C. Shandler, J.S. Cohn LLP

        06/14/10