Susan G. Boswell, Esq. (AZ #004791; Admitted Pro Hac Vice)
Kasey C. Nye, Esq. (AZ#020610; Admitted Pro Hac Vice)
QUARLES & BRADY LLP
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Telephone:    (520) 770-8700
Facsimile:    (520) 770-2222
Email: sboswell@quarles.com
Email: knye@quarles.com

Michael R. Mills, Esq. (AK #891174)
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152
Email: mills.mike@dorsey.com
Attorneys for Reorganized Debtor, Catholic Bishop of Northern Alaska

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATHOLIC BISHOP OF NORTHERN ALASKA, an Alaska religious corporation sole,<br><br>   Reorganized Debtor. | Case No. 08-00110-DMD<br><br>(Chapter 11) |

## STATUS REPORT REGARDING DEBTOR'S COMPLIANCE WITH NON-MONETARY COMMITMENT TO HEALING AND RECONCILIATION

This Status Report is filed by The Catholic Bishop of Northern Alaska (the "Debtor"), pursuant to Section 17.12 of the "Debtor's and the Official Committee of Unsecured Creditors' Third Amended and Restated Joint Plan of Reorganization for the Catholic Bishop of Northern Alaska" (the "Plan") [Docket No. 602], which requires Debtor to file semi-annual reports regarding non-monetary steps undertaken to promote healing and reconciliation.

The Debtor filed its first Status Report on August 17, 2010. Since that time, the Debtor has also accomplished the following:

1.  The Debtor's website, located at http://www.cbna.info (the "Website"), continues to display prominent links to the names of all known perpetrators (admitted, proven or credibly accused), including all deceased perpetrators, and to include prominent links where survivors can report abuse and view the Bishop's letter of apology.

2.  Bishop Donald J. Kettler continues to conduct Healing and Listening Sessions, and as of the date of this report, Healing and Listening Sessions have been conducted at 17 of the 32 Parishes.  Most recently, the Bishop conducted several Healing and Listening Sessions in the Stebbins and St. Michael's Parishes.  The Bishop will continue to hold such Sessions in the future.

3.  Prior to each Parish Healing and Listening Session, the Debtor has sent individual invitations to abuse survivors encouraging their attendance, notified each Parish Administrator, and has posted general announcements regarding the Sessions on the Parish bulletin board and appropriate public places such as the tribal hall and the post office.  Similarly, general announcements regarding the sessions have been broadcast on KNOM.

4.  At each Session, the Bishop conducts a Healing Mass at which he encourages parishioners to support the abuse survivors, and lists the perpetrators (which is in addition to the list of perpetrators already posted in the church).  He urges survivors to report abuse to law enforcement officers, the Diocesan Victim Assistance Coordinator, and their healthcare and/or survivor organizations.  The Bishop also assures survivors that they will not go to hell for reporting abuse and do not commit any sin in coming forward.

5.  Alaska's three Catholic Bishops expressed contrition in August 2010, when they convened to conduct listening sessions, lead healing services for survivors of abuse, visit elders, and visit those homebound by illness.

6.  Bishop Kettler also led a general healing and reconciliation Mass in Fairbanks at the Alaska Federation of Natives convention on October 20, 2010, at which his homily was directed to contrition and to healing for the abuse survivors.  This homily is posted on the

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona  85701-1621

STATUS REPORT RE: NON-MONETARY COMPENSATION                                                                 Page 2 of 3
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD
QB\124448.00004\12050946.1

Website for continuing review and for the use of any survivors who were unable to attend the Mass.

DATED this 17th day of December, 2010.

QUARLES & BRADY LLP

By:  /s/  Kasey C. Nye
     Susan G. Boswell
     Kasey C. Nye

COPY of the foregoing sent
via electronic mail this 17th
day of September, 2010, to:

Robert L. Berger,
Settlement Trustee, c/o:
James I. Stang, Esq.
Hamid Rafatjoo, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Email:  jstang@pszjlaw.com
Email:  hrafatjoo@pszjlaw.com

David H. Bundy, Esq.
3201 C Street
Suite 301
Anchorage, AK 99503
Email:  dhb@alaska.net


/s/  Cherlene M. Kangas

**Quarles & Brady LLP**
One South Church Ave.
Suite 1700
Tucson, Arizona  85701-1621

STATUS REPORT RE: NON-MONETARY COMPENSATION     Page 3 of 3
In re *Catholic Bishop of Northern Alaska,* Case No. 08-00110-DMD
QB\124448.00004\12050946.1